UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
**U.S. District Court Judge John Kane**

Case No. 10-cv-01814-AP

JO ANN COOPER,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security

    Defendant.

---

**ORDER GRANTING MOTION FOR CHANGE OF VENUE**

---

The Court, having reviewed the Plaintiff's Unopposed Motion for Change of Venue (doc. #10), filed September 27, 2010, hereby grants the Motion and orders that the Clerk arrange for the transfer of this case to the United States District Court for the District of Western Missouri (Southern Division).

DATED: September 27, 2010          BY THE COURT:

                                             *s/John L. Kane*
                                             John L. Kane, Senior Judge
                                             United States District Court